UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9104-GW-JCx | Date | May 12, 2022 |
|---|---|---|---|
| Title | *Debbie Ramsey, et al. v. Frontier Communications of America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 12, 2022, Plaintiffs filed Notice of Settlements as to all Defendants on May 9, 2022 and May 12, 2022. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for July 14, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 13, 2022.

:

Initials of Preparer     JG